**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-00403-BNB
(**The above civil action number must appear on all future papers sent to the court in this action.  Failure to include this number may result in a delay in the consideration of your claims.**)

TIMOTHY REEVES,

 Applicant,

v.

GARRETT PFALMER, United States Parole Officer,

 Respondent.

---

**ORDER DIRECTING APPLICANT TO CURE DEFICIENCY**

---

Applicant, Timothy Reeves, has submitted an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241.  As part of the court's review pursuant to D.C.COLO.LCivR 8.2, the court has determined that the submitted document is deficient as described in this order.  Applicant will be directed to cure the following if he wishes to pursue his claims.  Any papers that the Applicant files in response to this order must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit**:
(1)  X  is not submitted
(2)  __  is missing affidavit
(3)  __  is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4)  X  is missing certificate showing current balance in prison account
(5)  __  is missing required financial information
(6)  __  is missing an original signature by the prisoner
(7)  __  is not on proper form (must use the court's current form)
(8)  __  names in caption do not match names in caption of complaint, petition or habeas application

(9)  __X__    other:  <u>Motion is necessary only if $5.00 filing fee is not paid in advance.</u>

**Complaint, Petition or Application**:
(10)  ___    is not submitted
(11)  ___    is not on proper form (must use the court's current form)
(12)  ___    is missing an original signature by the prisoner
(13)  ___    is missing page nos. ___
(14)  ___    uses et al. instead of listing all parties in caption
(15)  ___    names in caption do not match names in text
(16)  ___    addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
(17)  __X__    other:  <u>Applicant fails to clarify his current address.  On page 1 of the application (ECF No. 1), he provides an address in Sterling, Colorado; also on page 1 of the application he says he was released from the Colorado Department of Corrections; on the envelope in which he submitted the application, he lists his address as the Federal Correctional Institution in Florence, Colorado</u>

Accordingly, it is

ORDERED that the Applicant cure the deficiencies designated above **within thirty (30) days from the date of this order**.  Any papers which the Applicant files in response to this order must include the civil action number on this order.  It is

FURTHER ORDERED that Applicant shall obtain the court-approved forms for filing a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action and an Application for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 (with the assistance of his case manager or the facility's legal assistant), along with the applicable instructions, at www.cod.uscourts.gov.  It is

FURTHER ORDERED that Applicant shall use the Application for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 form to submit an amended application that clarifies his current address.  It is

FURTHER ORDERED that, if Applicant fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the application and the action will

be dismissed without further notice.  The dismissal shall be without prejudice.  It is

FURTHER ORDERED that the clerk of the court correct its docketing records to show that Applicant is incarcerated at the Federal Correctional Institution, P.O. Box 6000, Florence, CO 81226-6000.  It is

FURTHER ORDERED that copies of this order be mailed to Applicant at the Sterling, Colorado, address he has provided and at the Federal Correction Institution in Florence, CO.

DATED March 2, 2012, at Denver, Colorado.

                                      BY THE COURT:

                                       s/ Boyd N. Boland
                                      United States Magistrate Judge