**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.  12-cv-00403-PAB

TIMOTHY REEVES,

    Petitioner,

v.

GARRETT PFALMER,

    Respondent.

---

**FINAL JUDGMENT**

---

    In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

    Pursuant to the Order On Application For Writ Of Habeas Corpus (Doc #24) of Judge Philip A. Brimmer entered on January 3, 2013 it is

    ORDERED that the Application for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 [3] filed February 15, 2012, is denied.  It is

    FURTHER ORDERED that this action is dismissed.

    Dated at Denver, Colorado this 3rd day of January, 2012.

    FOR THE COURT:
    JEFFREY P. COLWELL, CLERK

    By: s/Edward P. Butler

    Edward P. Butler
    Deputy Clerk